**Marshall Meyers**
**Weisberg & Meyers LLC**
**2833 North Central Avenue, #613**
**Phoenix AZ 85004**
**Attorney No. 020584**
**Attorney for Plaintiff**
**602 445 9819 ext. 111**
**866 565 1327 facsimile**

**Larry P. Smith**
**Larry P. Smith & Associates, Ltd.**
**205 North Michigan Avenue**
**40th Floor**
**Chicago Illinois 60601**
**(312) 222-9028**
*lsmith@lpsmithlaw.com*
**Attorney No. 6217162**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MOHAMMED ALI, | ) Case No.2:08-CV-266 |
| | ) |
| Plaintiff, | ) |
| | ) **VOLUNTARY MOTION TO DISMISS** |
| vs. | ) **WITHOUT PREJUDICE, AND** |
| | ) **WITH LEAVE TO REFILE** |
| FIELDSTONE MORTGAGE COMPANY, | ) **WITHIN ONE YEAR** |
| | ) |
| Defendant. | ) |

Dated this 19th day of December, 2008.

### **VOLUNTARY MOTION TO DISMISS**

NOW COMES the Plaintiff, MOHAMMED ALI, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss

1

the Defendant, FIELDSTONE MORTGAGE COMPANY, with prejudice and without costs to be paid to any party.

By:     s/Larry P. Smith

**Larry P. Smith & Associates, Ltd.**
**205 North Michigan Avenue**
**40th Floor**
**Chicago Illinois 60601**
**(312) 222-9028**
*lsmith@lpsmithlaw.com*
**Attorney No. 6217162**
   **Attorney for Plaintiff**

**Marshall Meyers**
**Weisberg & Meyers LLC**
**2833 North Central Avenue, #613**
**Phoenix AZ 85004**
**Attorney No. 020584**
**Attorney for Plaintiff**
**602 445 9819 ext. 111**
**866 565 1327 facsimile**

**Larry P. Smith**
**Larry P. Smith & Associates, Ltd.**
**205 North Michigan Avenue**
**40th Floor**
**Chicago, Illinois 60601**
**(312) 222-9028**
*lsmith@lpsmithlaw.com*
**Attorney No. 6217162**
**Attorney for Plaintiff**